IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-23-CV-252-KC |
| § | |
| **TITAN FUNDING PARTNERS LLC,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal with Prejudice, ECF No. 9. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 2nd day of November, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE